UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- :
IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION
-------------------------------------------------------------- :
HERNAN MUNOZ and EBELLY SANCHEZ,

                      Plaintiffs,
  -against-

VERIZON NEW YORK, INC., VERIZON
PROPERTIES, INC., VERIZON
COMMUNICATIONS, INC., AND
HILLMAN ENVIRONMENTAL GROUP, LLC,

                    Defendants.
-------------------------------------------------------------- :

AFFIDAVIT OF PERSONAL
SERVICE

DOCKET NO.
07-CIV-8722

Judge Hellerstein

STEPHANIE LOPEZ, being duly sworn, deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 19th day of October, 2007, at approximately 12:30 p.m. at CT Corporation located at 111 8th Avenue- 13th Floor, New York, New York 10011, deponent served the within copy of the Summons and Complaint upon Verizon New York Inc. by delivering thereat a true copy of same to Nora Dindyal, Process Specialist at CT Corporation, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female South East Asian, Brown skin, Black hair, approx. 35-40, height approx. 5'2"-5'5"**

                                              _/s/ Stephanie Lopez_
                                               Stephanie Lopez

Sworn to before me this
19th day of October, 2007

_/s/_
Notary public

                      BEATRIZ DOLORES ARANA
                      Notary Public, State of New York
                          No. 01AR6132940
                       Qualified in Queens County
                Commission Expires August 29, 20 09