IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

BLANCA PERALTA,

        Plaintiffs,

- against -

THE BANK OF NEW YORK COMPANY, INC., ONE WALL STREET HOLDINGS, LLC., 222 BROADWAY, LLC, SWISS BANK CORPORATION, 110 CHURCH LLC, BROOKFIELD FINANCIAL PROPERTIES, INC, BFP ONE LIBERTY PLAZA CO., LLC, LIBERTY VIEW ASSOCIATES, L.P., HUDSON VIEW EAST CONDOMINIUM, R Y MANAGEMENT CO., INC., VERIZON NEW YORK, INC., VERIZON PROPERTIES, INC., VERIZON COMMUNICATIONS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, L.P., WFP TOWER A CO. L.P.,

        Defendants.

**AFFIDAVIT OF PERSONAL SERVICE**

DOCKET NO.
07- CIV-8312

Judge Hellerstein

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 19th day of October, 2007, at approximately 12:30 p.m. at CT Corporation located at 111 8th Avenue- 13th Floor, New York, New York 10011, deponent served the within copy of the Summons and Complaint upon Verizon Properties, Inc., by delivering thereat a true copy of same to Nora Dindyal, Process Specialist, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female South East Asian, Brown skin, Black hair, approx. 35-40, height approx. 5'2"-5'5"**

                               *Stephanie Lopez*
                              Stephanie Lopez

Sworn to before me this
19th day of October, 2007

_____
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__