***** AFFIDAVIT OF SERVICE *****  12/05/2007

SHERIFFS NUMBER: S07006404
TYPE OF SERVICE...
DEFENDANT SEQUENCE 1 OF 1
Summons and Complaint ✓

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **STEPHEN LANZANO** AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

**ATTORNEY**
OSHMAN & MIRISOLA, LLP - COUNSELLORS
42 BROADWAY
10TH FLOOR
NEW YORK, NY 10004

CHECK # 9397
CONTROL # 12340
AMOUNT 28.00

**COURT DATA**    ASOHNEN

COURT OF ISSUANCE: US District Court
WRIT EXPIRATION:    STATE: NY    COUNTY OF VENUE: Southern District
COURT DOCKET #: 07CIV8312
CAPTION OF CASE
NAME: BLANCA PERALTA
VS HILLMAN ENVIORONMENTAL GROUP, LLC,

DEFENDANT OR NAMED WITHIN TO BE SERVED
NAME: HILLMAN ENVIORONMENTAL GROUP, LLC,
ADDRESS: 1600 ROUTE 22 EAST
UNION, NJ 07083

**PAPERS SERVED**
SUMMONS & COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION

**SERVICE DATA RECORDED**

☒ SERVED SUCCESSFULLY    ☐ UNABLE TO SERVE    NUMBER OF ATTEMPTS ___
DATE: 12/20/07    TIME: 10:30
REMARKS:

☐ PERSONALLY DELIVERED    ☒ OFFICER    ☐ MANAGING AGENT    ☐ REGISTERED AGENT
☐ COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER    ☐ AGENT AUTHORIZED TO ACCEPT
☐ IS IN THE MILITARY    ☐ NOT IN THE MILITARY

PERSON SERVED: JOHN B. GLASS JR. - SENIOR V.P.
(TITLE/RELATIONSHIP)

SEX:    ☒ MALE    ☐ FEMALE
SKIN:    ☒ WHITE    ☐ BLACK    ☐ YELLOW    ☐ BROWN    ☐ RED
HEIGHT:    ☐ UNDER 5 FT.    ☐ 5.0 - 5.6 FT.    ☒ 5.7 - 6.0 FT.    ☐ OVER 6 FT.
WEIGHT:    ☐ UNDER 100 LBS.    ☐ 100 - 150 LBS.    ☒ 151 - 200 LBS.    ☐ OVER 200 LBS.
HAIR:    ☐ BLACK    ☒ BROWN    ☐ BLOND    ☐ GRAY    ☐ RED    ☐ WHITE    ☒ BALDING
AGE:    ☐ 14 - 20    ☐ 21 - 35    ☒ 36 - 50    ☐ 51 - 65    ☐ OVER 65

SWORN TO AND SUBSCRIBED BEFORE ME ON _Frances DiSmafe_
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 3, 2008

SIGNATURE _Stephen Lanzano_
SHERIFF'S OFFICER OF UNION COUNTY
STATE OF NEW JERSEY