Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
RY MANAGEMENT CO., INC., i/s/h/a RY
MANAGEMENT (hereinafter referred to
as "RY")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 102 (AKH)

BLANCA PERALTA,                                        Index No.:  07-CV-8312

                            Plaintiff(s),             **NOTICE OF ADOPTION OF ANSWER**
                                                       **TO MASTER COMPLAINT**

        -against-                                      **ELECTRONICALLY FILED**

THE BANK OF NEW YORK COMPANY,
INC., ONE WALL STREET HOLDINGS,
LLC., 222 BROADWAY, LLC, SWISS BANK
CORPORATION, 110 CHURCH LLC,
BROOKFIELD FINANCIAL PROPERTIES,
INC., BFP ONE LIBERTY PLAZA CO., LLC,
LIBERTY VIEW ASSOCIATES, L.P.,
HUDSON VIEW EAST CONDOMINIUM, RY
MANAGEMENT CO., INC., VERIZON NEW
YORK, INC. VERIZON PROPERTIES, INC.,
VERIZON COMMUNICATIONS, INC.,
HILLMAN ENVIRONMENTAL GROUP,
LLC, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. d/b/a BMS CAT,
BROOKFIELD FINANCIAL PROPERTIES,
L.P., WFP TOWER A CO. L.P.,

                            Defendant(s).
-------------------------------------------------------X

        PLEASE TAKE NOTICE that Defendant, RY MANAGEMENT CO., INC., i/s/h/a RY

MANAGEMENT (hereinafter referred to as "RY"), by its attorneys, McGIVNEY & KLUGER,

P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-

Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby

adopts its Answer to Master Complaint dated October 10, 2007, which was filed in the matter of

*In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant, RY MANAGEMENT CO., INC., i/s/h/a RY

MANAGEMENT (hereinafter referred to as "RY"), demands judgment dismissing the above-

captioned action as against it, together with its costs and disbursements and for such other and

further relief as this Court deems just and proper.

Dated: New York, New York
        January 7, 2008

                    Yours etc.,

                    McGIVNEY & KLUGER, P.C.
                    Attorneys for Defendant
                    RY MANAGEMENT CO., INC., i/s/h/a RY
                    MANAGEMENT (hereinafter referred to as "RY"),

                    By:

                    Richard E. Leff (RL-2123)
                    80 Broad Street, 23rd Floor
                    New York, New York 10004
                    (212) 509-3456

TO:     OSHMAN & MIRISOLA, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        Attn: David L. Kremen
        42 Broadway, 10th Floor
        New York, New York 10004
        (212) 233-2100

        All Defense Counsel