IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

BLANCA PERALTA,

        Plaintiffs,

- against -

THE BANK OF NEW YORK COMPANY, INC., ONE WALL STREET HOLDINGS, LLC., 222 BROADWAY, LLC, SWISS BANK CORPORATION, 110 CHURCH LLC, BROOKFIELD FINANCIAL PROPERTIES, INC, BFP ONE LIBERTY PLAZA CO., LLC, LIBERTY VIEW ASSOCIATES, L.P., HUDSON VIEW EAST CONDOMINIUM, R Y MANAGEMENT CO., INC., VERIZON NEW YORK, INC., VERIZON PROPERTIES, INC., VERIZON COMMUNICATIONS, INC.,HILLMAN ENVIRONMENTAL GROUP, LLC, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, L.P., WFP TOWER A CO. L.P.,

        Defendants.

**AFFIDAVIT OF PERSONAL SERVICE**

DOCKET NO.
07- CIV-8312

**Judge Hellerstein**

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 2nd day of January, 2008, at approximately 2:45 p.m. at 50 Battery Place, New York, New York 10280 deponent served the within copy of the Summons and Complaint upon Hudson View East Condominium by delivering thereat a true copy of same to Maitine Olivier, Administrative Assistant an individual of suitable age and discretion.

                                                  Stephanie Lopez

Sworn to before me this
7th day of January 2008

Notary public

David L. Kremen
Notary Public, State of New York
No. 02KR4997921
Qualified in New York County
Commission Expires 7-28-10