UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| BLANCA PERALTA, | 07-CV-08312-AKH |
| Plaintiff, | **APPEARANCE** |
| - against - | |
| 222 BROADWAY, LLC, *et al.*, | **ELECTRONICALLY FILED** |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York                DICKSTEIN SHAPIRO LLP
       January 18, 2008

                                By:    /s/ Judith R. Cohen
                                _____
                                Judith R. Cohen (JC-8614)
                                1177 Avenue of the Americas
                                New York, New York 10036
                                Phone: (212) 277-6500
                                Fax: (212) 277-6501

                                *Attorney for Defendant*
                                222 BROADWAY, LLC

DOCSNY-287525